NEW LONDON COUNTY, MARCH TERM, A. D. 1791.

### BROWN v. DUNHAM

A minor not liable for a fraud in a contract, who is incapable of making one.

ERROR to reverse a judgment of a justice in an action of the case for a fraud, in the sale of a horse, brought by Dunham against Brown.

Plea in bar — That said sale on the 16th of March A. D. 1790 at which time the defendant was a minor under the age of twenty-one years, and under the care of his father.

Plaintiff replied — That the defendant had the appearance of a man of full age and was allowed by his father to trade. Demurrer. Judgment — That the plaintiff's reply is sufficient.

Error assigned — That the plaintiff's reply is insufficient and ought to have been so adjudged.

Judgment — Manifest error. The defendant being a minor under the care of his parent, was incapable of making a contract, except for necessaries, therefore could not be guilty of a fraud in contracting.